# EXHIBIT D

Redacted Excerpt of Patricia Andrea Crocano
Accurint Report

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified.  For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:**  Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:**  Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
**Your DMF Permissible Use:**  No Permissible Purpose

# Comprehensive Report

**Date:** 12/14/21
**Reference Code:** 196593.220935

**Report Legend:**
**S** - Shared Address
**D** - Deceased
✔ - Probable Current Address

**Report processed by:**
Greenberg Traurig - Miami
333 2ND AVE
MIAMI, FL 33131
305-579-0500 Main Phone
305-579-0717 Fax

**Subject Information**
**(Best Information for Subject)**
Name:   PATRICIA ANDREA CROCANO
Date of Birth: **5/1/1976**
Age: 45
SSN ███████████      ████████████
████████████████████████████

View All SSN Sources

**AKAs**
**(Names Associated with Subject)**

PATRICIA ANDREA CROCANO
   Age: **45** ████████████
PATRICIA A CROCANO
   Age: **45** ████████████
PATRICIA CROCANO
   Age: **45** ████████████
      Utility Locator - Connect Date:  5/4/2015
PATRICIA A URRUTIA
   Age: **45** ████████████
PATRICIA A JORROTIA
   Age: **45** ████████████
PATRICIA URIWITA
   Age: **45** ████████████
PATRICIA ANDREA URRUTIA
   Age: **45** ████████████
PATRICI URRUTIA
   Age: **45** ████████████
PATRICIA CROANO
   Age: **45** ████████████
PATRICIA URRUTIA
   Age: **45** ████████████

**Indicators**

Bankruptcy: **No**
Property: **Yes**
Corporate Affiliations: **Yes**

**Others Associated With Subjects SSN:**
(DOES NOT usually indicate any type of fraud or deception)
   [None Found]

**Address Summary:**   View All Address Variation Sources

✔ 1555 BARCELONA WAY, WESTON, FL 33327-1742, BROWARD COUNTY (Sep 2006 - Nov 2021)
　　**Utility Locator - Connect Date:** 11/16/2019
611 TURTLE RUN APT 203, WESTON, FL 33326-1031, BROWARD COUNTY (Nov 2016 - Jun 2021)
1511 HEMING WAY, WESTON, FL 33327, BROWARD COUNTY (Nov 2016)
16040 S POST RD APT 204, WESTON, FL 33331-3539, BROWARD COUNTY (May 2016)
16626 HEMINGWAY DR, WESTON, FL 33326-1172, BROWARD COUNTY (Sep 2006 - Apr 2016)
1581 VERACRUZ LN, WESTON, FL 33327-1732, BROWARD COUNTY (Jul 2013 - Jun 2014)
2325 NE 33RD AVE APT, FORT LAUDERDALE, FL 33305-1846, BROWARD COUNTY (Jul 2013)
2900 N PALM AIRE DR APT 103, POMPANO BEACH, FL 33069-3443, BROWARD COUNTY (Jun 2004 - Jan 2014)
4411 NW 16TH ST APT F209, LAUDERHILL, FL 33313-7130, BROWARD COUNTY (Aug 1996 - Sep 2009)
4411 NW 16TH ST APT F, LAUDERHILL, FL 33313-7144, BROWARD COUNTY (Sep 1996 - Sep 2004)
2900 N PALM AIRE DR APT 102, POMPANO BEACH, FL 33069-3443, BROWARD COUNTY (May 2005 - May 2008)
16040 S POST RD APT 203, WESTON, FL 33331-3539, BROWARD COUNTY (Sep 2006 - Sep 2017)
　　**Utility Locator - Connect Date:** 5/4/2015
2751 N PALM AIRE DR BLDG 6202, POMPANO BEACH, FL 33069-3400, BROWARD COUNTY (Apr 2002 - Jun 2004)
2751 N PALM AIRE DR BLDG 6, POMPANO BEACH, FL 33069-3400, BROWARD COUNTY (Apr 2002 - May 2003)
2751 N PALM AIRE DR APT 202, POMPANO BEACH, FL 33069-3467, BROWARD COUNTY (Jan 2002 - Jul 2004)
4411 NW 60TH ST, FORT LAUDERDALE, FL 33319-2733, BROWARD COUNTY (Aug 1998 - Jul 2004)
4411 NW 16TH ST APT F310, LAUDERHILL, FL 33313-7131, BROWARD COUNTY (Aug 2001 - Jan 2002)
209 4411 NW 16TH ST APT F, FORT LAUDERDALE, FL 33313, BROWARD COUNTY (Dec 1998)
4411 NW 16 F 209 ST, LAUDERHILL, FL 33313, BROWARD COUNTY (Dec 1997)
3600 VAN BUREN ST APT 209, HOLLYWOOD, FL 33021-7480, BROWARD COUNTY (Dec 2011)
4331 NE 16TH AVE, OAKLAND PARK, FL 33334-5531, BROWARD COUNTY (Aug 2003)


**Active Address(es):**   View All Address Variation Sources
✔ 1555 BARCELONA WAY, WESTON, FL 33327-1742, BROWARD COUNTY (Sep 2006 - Nov 2021)
　　**Utility Locator - Connect Date:** 11/16/2019
　　**Name Associated with Address:**
　　　　PATRICIA A CROCANO
　　　　**Current Residents at Address:**
　　　　PATRICIA ANDREA URIWITA
　　　　KARINA VALERIA URRUTIA
　　　　GONZALO D SOSA
　　　　JUAN MANUEL URRUTIA
　　**Property Ownership Information for this Address**
　　　　**Property:**
　　　　　　Parcel Number - 49-39-36-04-0311 ℹ
　　　　　　Owner Name: JAMIE HORVITZ
　　　　　　Property Address: - 1555 BARCELONA WAY, WESTON, FL 33327-1742, BROWARD COUNTY
　　　　　　Owner Address: 1555 BARCELONA WAY, WESTON, FL 33327-1742, BROWARD COUNTY
　　　　　　Sale Price - $106,700
　　　　　　Subdivision Name - SECTOR 03 & 04 BOUNDARY 146-18
　　　　　　Total Market Value - $89,460
　　　　　　Assessed Value - $89,460
　　　　　　Land Value - $15,430
　　　　　　Improvement Value - $74,030
　　　　　　Land Size - 1,624 Square Feet
　　　　　　Year Built - 1997

**UCC Filings:**
    [None Found]

**Phones Plus:**  Phone Finder Ultimate



    Carrier: BANDWIDTH.COM - FL - (FORT LAUDERDALE, FL)



    Carrier: METROPCS, INC. - (FORT LAUDERDALE, FL)



    Carrier: METROPCS, INC. - (FORT LAUDERDALE, FL)

**Possible Utility Information:**  View All Utility Information Sources

**Utility Type**
    Convenience: Paging, Long distance phone, Local phone, PCS, Cellular phone, Line leasing, Internet, Satellite, Cable TV Service, Cable Equipment, Bundled

**Dates Associated with Utility**
    Date service connected - 11/16/2019
    Date First Verified - 11/16/2019
    Date Last Verified - 11/23/2019

**Name Associated with Utility**
    MS PATRICIA CROCANO

**Service Address**
    1555 BARCELONA WAY, WESTON, FL 33327-1742, BROWARD COUNTY

**Billing Information Associated with Address**
    1555 BARCELONA WAY, WESTON, FL 33327-1742, BROWARD COUNTY

**Phone Information**
    Service Phone Number: ███████████

**Voter Registration:**

Name: PATRICIA ANDREA CROCANO
Address: 1581 VERACRUZ LN, WESTON, FL 33327-1732
DOB: 5/1/1976
Gender: Female
Ethnicity: HISPANIC
Registration Date: 8/13/1996
Political Party: NONE DECLARED
State of Registration: Florida
Status: ACTIVE

Name: PATRICIA ANDREA CROCANO
Address: 16626 HEMINGWAY DR, WESTON, FL 33326-1172
DOB: 5/1/1976
Gender: Female
Ethnicity: HISPANIC
Last Vote Date: 9/5/2006
Registration Date: 8/13/1996
Political Party: NONE DECLARED
State of Registration: Florida
Status: ACTIVE

Name: PATRICIA ANDREA CROCANO
Address: 2900 N PALM AIRE DR APT 103, POMPANO BEACH, FL 33069-3443
DOB: 5/1/1976
Gender: Female
Ethnicity: HISPANIC
Registration Date: 8/13/1996
Political Party: NONE DECLARED
State of Registration: Florida
Status: ACTIVE

Name: PATRICIA ANDREA CROCANO
Address: 2900 N PALM AIRE DR APT 103, POMPANO BEACH, FL 33069-3443
DOB: 5/1/1976
Gender: Female
Ethnicity: HISPANIC
Political Party: OTHER
State of Registration: Florida
Status: ACTIVE

Name: PATRICIA ANDREA CROCANO
Address: 16040 S POST RD APT 203, WESTON, FL 33331-3539
DOB: 5/1/1976
Gender: Female
Ethnicity: HISPANIC
Registration Date: 8/13/1996
Political Party: NONE DECLARED
State of Registration: Florida
Status: ACTIVE

Name: PATRICIA ANDREA CROCANO
Address: 611 TURTLE RUN, WESTON, FL 33326-1031
DOB: 5/1/1976

Gender: Female
Ethnicity: HISPANIC
Registration Date: 8/13/1996
Political Party: NONE DECLARED
State of Registration: Florida
Status: ACTIVE

Name: PATRICIA ANDREA CROCANO
Address: 1555 BARCELONA WAY, WESTON, FL 33327-1742
DOB: 5/1/1976
Gender: Female
Last Vote Date: 9/5/2006
Registration Date: 8/13/1996
Political Party: NONE DECLARED
State of Registration: Florida
Status: ACTIVE

**Source Information:**

| | |
|---|---|
| All Sources | 170  Source Document(s) |
| Professional Licenses | 3  Source Document(s) |
| Person Locator 1 | 6  Source Document(s) |
| Voter Registrations | 7  Source Document(s) |
| PhonesPlus Records | 3  Source Document(s) |
| Historical Person Locator | 33  Source Document(s) |
| Person Locator 2 | 2  Source Document(s) |
| Deed Transfers | 2  Source Document(s) |
| Criminal | 1  Source Document(s) |
| Possible Utility Information | 4  Source Document(s) |
| Person Locator 5 | 45  Source Document(s) |
| Person Locator 6 | 34  Source Document(s) |
| Email Address | 30  Source Document(s) |