**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA, the States of CALIFORNIA, COLORADO, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, and WASHINGTON, the Commonwealths of MASSACHUSETTS and VIRGINIA, and THE DISTRICT OF COLUMBIA, <br><br>　　　　　Plaintiffs, <br><br>*ex rel.* PATRICIA CROCANO, <br><br>　　　　　Plaintiff-Relator, <br>v. <br><br>TRIVIDIA HEALTH, INC., <br><br>　　　　　Defendant. | C.A. No. 0:22-60160-RAR <br><br><br><br><br><br><br><br><br><br><br><br>**RELATOR'S CERTIFICATE OF SERVICE** |

　　　　I, Phillip D. Barber, hereby certify that the following documents were served on the below as indicated with regards to *United States, et al., ex rel. Crocano v. Trividia Health, Inc.*, C.A. No. 3:17-cv-00327-JMC (D.S.C.):

**Document(s):**　　1. Summons;
　　　　　　　　　　2. Amended Complaint;
　　　　　　　　　　3. Relator's Local Civil Rule 26.01 Interrogatories; and
　　　　　　　　　　4. Motion for Expedited Discovery.

| State | Manner of Service | Date of Service |
|---|---|---|
| California | Service accepted via email by Kenyon Woolley, Deputy Attorney General Kenyon.Woolley@doj.ca.gov | 12/01/2021 |

| Colorado | Service by Certified U.S. Mail, RRR to<br>Attorney General Phil Weiser<br>Office of the Attorney General<br>Ralph L. Carr Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO  80203 | 12/14/2021 |
|---|---|---|
| Delaware | Service by Certified U.S. Mail, RRR to<br>Attorney General Kathy Jennings<br>Office of the Attorney General<br>Carvel State Office Building<br>820 North French Street<br>Wilmington, DE  19801 | 12/08/2021 |
| District of Columbia | Service by Certified U.S. Mail, RRR to<br>Attorney General Karl Racine<br>Office of the Attorney General<br>441 4th Street, NW<br>Suite 1100S<br>Washington, DC 20001<br>AND<br>Service accepted via email by<br>David Brunfeld, Assistant Attorney General<br>District of Columbia Office of the Attorney General<br>Public Advocacy Division<br>David.brunfeld@dc.gov | 12/9/2021<br><br><br><br><br><br><br>12/2/2021 |
| Florida | Service accepted via email by<br>Matthew Vitale, Senior Assistant AG<br>Medicaid Fruad Control Unit<br>Matthew.vitale@myfloridalegal.com | 12/01/2021 |
| Georgia | Service by Certified U.S. Mail, RRR to<br>Attorney General Chris Carr<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 | 12/12/2021 |
| Hawaii | Service by Certified U.S. Mail, RRR to<br>Attorney General Clare Connors<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813<br>AND<br>Service accepted via email by<br>Landon M.M. Murata, Director<br>Medicaid Fraud Control Unit<br>Department of the Attorney General<br>Landon.m.murata@hawaii.gov | 12/9/2021 |

| | | |
|---|---|---|
| Illinois | Service by Certified U.S. Mail, RRR to<br>Attorney General Kwame Raoul<br>Office of the Attorney General<br>100 West Randolph Street<br>Chicago, IL 60601<br>AND<br>Service accepted via email by<br>Elisa Hamilton, Deputy Bureau Chief<br>Medicaid Fraud Bureau, Illinois<br>Elisa.hamilton@ilag.gov | 12/9/2021<br><br><br><br><br><br>12/7/2021 |
| Indiana | Service by Certified U.S. Mail, RRR to<br>Attorney General Todd Rokita<br>Office of the Attorney General<br>Indiana Government Center South<br>302 W. Washington Street, 5th Floor<br>Indianapolis, IN 46204<br>AND<br>David Cook, Inspector General<br>Office of the Inspector General<br>315 West Ohio Street, Room 104<br>Indianapolis, IN 46202 | 12/6/2021 |
| Iowa | Service accepted via email by<br>Tricia Dieleman, Assistant Attorney General<br>Medicaid Fraud Control Unit<br>Office of the Attorney General of Iowa<br>Tricia.dieleman@dia.iowa.gov | 12/01/2021 |
| Louisiana | Service by Certified U.S. Mail, RRR to<br>Nicholas J. Diez, Assistant Attorney General<br>Post Office Box 94005<br>Baton Rouge, LA 70804<br>AND<br>AG Jeff Landry<br>Louisiana Department of Justice<br>1885 N. 3rd Street<br>Baton Rouge, LA 70802 | 12/6/2021<br><br><br><br><br>12/14/2021 |
| Massachusetts | Service by Certified U.S. Mail, RRR to<br>Attorney General Maura Healey<br>Office of the Attorney General<br>1 Ashburton Place<br>Boston, MA 02108 | 12/6/2021 |
| Michigan | Service accepted via email by<br>Carl Hammaker, Assistant Attorney General<br>Health Care Fraud Division<br>Michigan Dept. of Attorney General<br>hammakerc@michigan.gov | 12/2/2021 |

| | | |
|---|---|---|
| Minnesota | Service by Certified U.S. Mail, RRR to<br>Attorney General Keith Ellison<br>Office of the Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101 | 12/8/2021 |
| Montana | Service accepted via email by<br>Loren Mardis, Director of Medicaid Fraud Control Unit<br>Office of Attorney General<br>lmardis@mt.gov<br>AND<br>Service by Certified U.S. Mail, RRR to<br>Attorney General Austin Knudsen<br>Office of the Attorney General<br>215 N. Sanders Street<br>Helena, MT 59601 | 12/9/2021<br><br><br><br><br>12/16/2021 |
| Nevada | Service by Certified U.S. Mail, RRR to<br>Office of the Attorney General<br>Attn: Amy K. Steelman, Esq.<br>Senior Deputy Attorney General<br>Medicaid Fraud Control Unit<br>Office of the Attorney General<br>100 North Carson Street<br>Carson City, Nevada 89701 | 12/6/2021 |
| New Jersey | Service accepted via email by<br>Charisse M. Penalver, Deputy Attorney General<br>Office of the Insurance Fraud Prosecutor<br>penalverc@njdcj.org<br>AND<br>Service by Certified U.S. Mail, RRR to<br>Act. Attorney General Andrew J. Buck<br>Office of the Attorney General<br>RJ Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton, NJ 08625-0080 | 12/14/2021<br><br><br><br><br>12/15/2021 |
| New Mexico | Service by Certified U.S. Mail, RRR to<br>Attorney General Hector H. Balderas<br>408 Galisteo Street, Villagra Building<br>P.O. Box 1508<br>Santa Fe, NM  87504-1508<br>AND<br>Dr. David Scrase<br>Office of the Secretary<br>Human Services Department<br>P.O. Box 2348<br>Santa Fe, NM 87504-2348 | 12/6/2021 |

| | | |
|---|---|---|
| New York | Service by Certified U.S. Mail, RRR to<br>Attorney General Letitia James<br>Managing Attorney's Office/Personal Service, 16th Floor<br>28 Liberty St.<br>New York, NY 10005<br>AND<br>Courtesy copies of documents sent via email to<br>MFCUNotices@ag.ny.gov<br>Sherrie.brown@ag.ny.gov | 12/7/2021 |
| North Carolina | Service accepted via email by<br>Lareena Phillips, Special Deputy Attorney General<br>Medicaid Investigations Division<br>North Carolina Department of Justice<br>lphillips@ncdoj.gov | 12/8/2021 |
| Oklahoma | Service by Certified U.S. Mail, RRR to<br>Attorney General John M. O'Connor<br>Office of the Attorney General<br>Attn: Medicaid Fraud Control Unit<br>313 NE 21st Street<br>Oklahoma City, OK 73105 | 12/4/2021 |
| Rhode Island | Service accepted via email by<br>Jim Dube, Director<br>Medicaid Fraud Control and Patient Abuse Unit<br>Office of Attorney General, State of Rhode Island<br>JDube@riag.ri.gov<br>AND<br>Service by Certified U.S. Mail, RRR to<br>Attorney General Peter Neronha<br>Office of the Attorney General<br>150 South Main Street<br>Providence, RI  02903 | 12/9/2021<br><br><br><br><br><br>12/13/2021 |
| Tennessee | Service by Certified U.S. Mail, RRR to<br>Attorney General Herbert H. Slattery, III<br>Office of the Attorney General & Reporter<br>Post Office Box 20207<br>Nashville, TN 37202<br>AND<br>Courtesy copies of documents sent via email to<br>tmattygen@ag.tn.gov | 12/14/2021 |
| Texas | Service accepted via email by<br>Christopher Hefner, Assistant Attorney General<br>Civil Medicaid Fraud Division<br>christopher.hefner@oag.texas.gov | 12/6/2021 |

| Vermont | Service by Certified U.S. Mail, RRR to Attorney General T.J. Donovan Office of the Attorney General 109 State Street Montpelier, VT 05609 AND | 12/6/2021 |
| | Service accepted via email by Zoe Newman, Assistant Attorney General Medicaid Fraud and Residential Abuse Unit Office of the Vermont Attorney General Zoe.newman@vermont.gov | 12/7/2021 |
| Virginia | Service accepted via email by Kim Bolton, Lead Attorney/Assistant Attorney General Office of the Attorney General kbolton@oag.state.va.us AND MFCULitSupport@oag.state.va.us | 12/9/2021 |
| Washington | Service by Certified U.S. Mail, RRR to Attorney General Bob Ferguson 1125 Washington Street, SE P.O. Box 40100 Olympia, WA 98504 AND | 12/6/2021 |
| | Service accepted via email by Katrina King, Assistant Attorney General Washington Medicaid Fraud Control Unit Katrina.king@atg.wa.gov | 12/7/2021 |

_____
Phillip D. Barber
RICHARD A. HARPOOTLIAN, PA
1410 Laurel Street
Columbia, South Carolina 29201
(803) 252-4848